UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.F.V.,

        Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

Case No. 4:24-cv-04233-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *M.R. v. Federal Correctional Institution "FCI" Dublin*, 22-cv-05137-YGR.

IT IS SO ORDERED.

Dated: July 16, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge